UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 26-mj-8433-PGL** |
| | ) | |
| **JENNIFER GONZALEZ,** | ) | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT GONZALEZ AS A RISK OF FLIGHT

The government hereby moves to detain Defendant Jennifer Gonzalez, pursuant to 18 U.S.C. § 3142(f)(2)(A), because there is a serious risk that Gonzalez, who has extensive financial resources and ties to the Dominican Republic, will flee the jurisdiction to avoid prosecution. The government hereby incorporates by reference its affidavit filed in support of the criminal complaint in this case as evidence supporting Gonzalez's risk of flight.

As set forth in the complaint affidavit, Gonzalez is the leader of a large marriage fraud conspiracy involved in illegally obtaining United States immigration benefits for illegal aliens (both men and women) throughout the Commonwealth of Massachusetts.[1] The core of the conspiracy is a continuing fraud on the United States as the conspiracy uses sham marriages to U.S. citizens to support petitions seeking U.S. immigration benefits, including Permanent Resident cards (also known as "green cards") and potential U.S. citizenship, for illegal aliens in Massachusetts.[2] As noted in Paragraph 42 of the criminal complaint, Gonzalez told CW-1 in a

[1] Attached hereto as Exhibit 1 is a clip of a recorded call between Gonzalez and CW-1 in which she admitted that immigration fraud is "all that I do" and that she travels "from all across the state … from one corner [of Massachusetts] to another" for her illegal activities, as well as going to Connecticut and New York.

[2] As set forth in Paragraphs 55 and 56 of the criminal complaint, Gonzalez told CW-1 that, because Massachusetts

recorded call: "I'm here for you to get the American Dream and keep on moving and do what you wanna do in life." See Exhibit 3 attached hereto, which is an audio clip from the recorded phone call.

Gonzalez has extensive financial resources to support a flight from prosecution. The conspiracy led by Gonzalez has been ongoing for over a decade and averages approximately 18 to 20 illegal marriages per year[3] – generating hundreds of thousands of dollars in illegal proceeds for Gonzalez and her co-conspirators. Based on her own admissions, and other financial evidence, Gonzalez herself has been making hundreds of thousands of dollars a year over at least the last ten years.

In addition to the hundreds of thousands of dollars obtained through her illegal immigration activities, Gonzalez has had various other sources of income. For example, as noted in Paragraph 15 of the criminal complaint, from July 2019 through July 2026, Gonzalez applied for benefits from the Massachusetts Department of Transitional Assistance ("MDTA") to receive Supplemental Nutrition Assistance Program ("SNAP") benefits. GONZALEZ filed several applications for SNAP benefits during this period and received a significant amount of SNAP benefits. In this regard, during this approximately seven-year period, Gonzalez spent $124,526.30 of SNAP benefit money.[4]

was a sanctuary state, it "is the best place for you to be. That is a fact." See Exhibit 2 attached hereto, which is a video recording of these statements by Gonzalez.

[3] As set forth in Paragraph 53 of the criminal complaint, Gonzalez spoke about obtaining "hundreds" of Permanent Resident cards and continuing to gather customers even though her business slowed in 2025 when "Trump was becoming" President. See Exhibit 4 attached hereto, which is a video recording of these statements by Gonzalez.

[4] Based on the investigation, during this same period, Gonzalez's now deceased husband, who was living with Gonzalez at the time, spent an additional $23,773.08 of SNAP benefit money.

Defendant also has admitted to extensive ties with the Dominican Republic. As set forth in Paragraph 57 of the criminal complaint, Gonzalez stated in a recorded meeting with CW-1 that: "I have businesses in my country [i.e., the Dominican Republic], like I have like, um, like a supplier for small stores … Like little corner stores and stuff like that. And every time I have a, a spare dollar, I just invest in a new property in my country. That's what I really do. I like to buy land … Like ***I have a lot of land in my country***." See Exhibit 5 attached hereto, which is a video recording including these statements (emphasis added).

Based on the foregoing, and the allegations contained in the complaint affidavit, the government seeks detention to prevent Defendant Gonzalez from fleeing the country.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: October 21, 2026

By: /s/ *Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney